IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-376-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRIAN KEITH JACOBS | ) | |

This matter is before the court on Defendant Brian Keith Jacob's Motion to Seal [DE-167]. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-164].

SO ORDERED.

This, the 18 day of June, 2015.

JAMES C. FOX
Senior United States District Judge